UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PAILLA MALLA REDDY AND PAILLA SADHANA REDDY,<br>    *Plaintiffs*,<br><br>    *vs.*<br><br>CHANDRA G. REDDY AND PADMA REDDY,<br>    *Defendants.* | )<br>)<br>)<br>)   2:13-cv-00163-JMS-MJD<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs Pailla Malla Reddy and Pailla Sadhana Reddy filed a Complaint on April 9, 2013 in which they allege that the Court has diversity jurisdiction over this matter. [Dkt. 1 at 2, ¶ 5.] Specifically, Plaintiffs allege that: (1) they reside in New York, [*id.* at 1, ¶¶ 1-2]; (2) Defendants Chandra Reddy and Padma Reddy reside in Indiana, [*id.* at 1, ¶¶ 3-4]; and (3) the amount in controversy "exceeds $75,000.00 exclusive of interest and costs…," [*id.* at 2, ¶ 6]. The case was transferred to this Court on May 3, 2013, [dkt. 9], and Defendants filed their Answer on June 10, 2013, [dkt. 15]. In their Answer, Defendants admit that Plaintiffs are residents of New York, admit that they are residents of Indiana, and admit that the amount in controversy exceeds $75,000 exclusive of interest and costs. [*Id.* at 1, ¶¶ 1-4, 6.]

The Court must independently determine whether proper diversity among the parties exists. *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007). The Court is not being hyper-technical: Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009). Based on Plaintiffs' Complaint and Defendants' Answer, the Court cannot determine whether it can exercise jurisdiction over this case.

Specifically, the parties are reminded that an allegation of residence is inadequate to establish diversity jurisdiction. *McMahon v. Bunn-O-Matic Corp.*, 150 F.3d 651, 653 (7th Cir. 1998). Residency and citizenship are not the same, and it is the latter that matters for purposes of diversity. *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002).

The Court **ORDERS** the parties to conduct whatever investigation is necessary and file a joint jurisdictional statement by **June 21, 2013**, detailing the parties' respective citizenships. If the parties cannot agree on the contents of a joint statement, competing statements must be filed by that date.

06/11/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

MICHAEL JOSEPH ROMANO
Michael J. Romano, Esq.
220 Old Country Road
1st Floor
Mineola, NY 11501

Kelvin L. Roots
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
klroots@wilkinsonlaw.com

Peter J. Sacopulos
SACOPULOS JOHNSON & SACOPULOS
pete_sacopulos@sacopulos.com